# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTENA BARNIA,

      Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

      Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No. C06-1568-JPD

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Pursuant to 28 U.S.C. § 636(c), the parties have consented to having this matter heard by the undersigned Magistrate Judge. The final decision of the Commissioner is REVERSED and REMANDED for further administrative proceedings not inconsistent with the Court's Order.

    Dated this 23rd day of October, 2007.

                                          BRUCE RIFKIN
                                          Clerk

                                          s/ PETER VOELKER
                                          Deputy Clerk